155 A.3d 437

**CHAMBERLAIN**

v.

**CHAMBERLAIN**

**Pet. Docket No. 521, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2594, Sept. Term, 2014).

Petition for writ of certiorari denied

■

155 A.3d 437

**CHEUNG**

v.

**SKRABAN**

**Pet. Docket No. 533, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Dismissed by the Court of Special Appeals (No. 320, Sept. Term, 2016).

Petition for writ of certiorari denied